**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS ALLEN TIPTON, | ) | CASE NO. 1:25-cv-01917 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JENNIFER |
| | ) | DOWDELL ARMSTRONG |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |

On September 11, 2025, Plaintiff Nicholas Allen Tipton filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his application for Social Security Disability benefits and Supplemental Security Income.  (ECF No. 1).  On June 30, 2026, Magistrate Judge Jennifer Dowdell Armstrong issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's decision.  (ECF No. 10).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service.  Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  Absent objection, a district court may adopt an R&R without further review.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  The R&R notified the parties, *inter alia*, that failure to file any objections within the 14-day period waives any subsequent review and may forfeit/waive any subsequent appeal.  (ECF No. 10, PageID #2072–73).  As of the date of this Order, more than 40 days have passed and neither party has objected to the R&R.

Accordingly, the Court **ADOPTS** Magistrate Judge Armstrong's R&R, incorporates it fully herein by reference, and **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED.**

Date: August 13, 2026

_____

**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**